UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JAY WINEGARD, on behalf of himself and all
others similarly situated,

                                    Plaintiff,

           v.

FINELINE INDUSTRIES, LLC,

                                    Defendant.
_____X

*So Ordered,*

*/s/(ARR)*

WAYNE R. ROSS, U.S.D.J.

11/1/21

Case No.: 1:21-cv-01534-ARR-JRC

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
§ 41(a)(1)(A)(i)

Pursuant to F.R.C.P. § 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JAY

WINEGARD, and his counsel, Law Offices of Mitchell S. Segal, P.C. hereby give notice that the

above captioned action is voluntarily dismissed, with prejudice against the Defendant,

FINELINE INDUSTRIES, LLC, without costs to any party against any other and each party

shall be responsible for their own attorney fees.

Dated: Manhasset, New York
           October 31, 2021

                                    /s/  Mitchell Segal
                                    _____
                                    Mitchell Segal, Esq.
                                    Law Offices of Mitchell Segal P.C.
                                    Attorney for Plaintiff
                                    1129 Northern Boulevard, Suite 404
                                    Manhasset, NY 11030
                                    (516) 415-0100